**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

August 12, 2024

Kevin Kehrli
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street
New York, NY 10001

Michael Glenn Goldberg
Pryor Cashman LLP
7 Times Square
New York, NY 10036

      Re: **DRE Health Corporation v. Two Canoes LLC, 23 Civ. 10643 (NRB)**

Dear Counsel:

      Following a conference with the Court on March 7, 2024, at which the Court granted the defendant leave to make a motion to dismiss, there have been no further filings on the docket related to the motion. Accordingly, the parties are directed to furnish a status update to the Court within ten days.

      Very truly yours,

      Naomi Reice Buchwald
      United States District Judge