UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

DRE HEALTH CORPORATION,

                        **ORDER**

                  Plaintiff

        -- against --          23 Civ. 10643 (NRB)

TWO CANOES, LLC,

                  Defendant

----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court granted plaintiff's counsel's motion to be relieved as counsel on June 27, 2025, except insofar as the Court has retained jurisdiction over plaintiff's counsel with respect to an authorized motion to be filed pursuant to Rule 11 of the Federal Rules of Civil Procedure, <u>see</u> ECF No. 62; and

    **WHEREAS** the Court ordered that plaintiff retain new counsel within thirty days and that the failure to do so will result in a dismissal of the action; and

    **WHEREAS** plaintiff is currently not represented by counsel; and

    **WHEREAS** prior to the granting of leave to defendant to file a Rule 11 motion and the granting of plaintiff's counsel's motion to withdraw, a motion was pending before the Court to dismiss pursuant to Rules 12(b)(6) and 41(d), <u>see</u> ECF No. 34; and

    **WHEREAS** given that plaintiff is currently unrepresented; it is hereby

**ORDERED** that the motion to dismiss is denied without prejudice, and with leave to refile if plaintiff retains new counsel and the motion remains appropriate following the resolution of the Rule 11 motion.


Dated:    New York, New York
          June 27, 2025


                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE