```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
```

DRE HEALTH CORPORATION,

                         Plaintiff

          -- against --

TWO CANOES, LLC,

                         Defendant

**ORDER**

23 Civ. 10643 (NRB)

```
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this Court issued an Order on June 27, 2025, ECF No. 62 ("Order"), granting plaintiff's counsel's motion to withdraw while retaining "jurisdiction with respect to plaintiff's counsel insofar as the Rule 11 motion is directed to plaintiff's counsel"; and

    **WHEREAS** that Order also required plaintiff "to engage new counsel" within thirty days "and that a failure to do so will result in a dismissal of the action"; and

    **WHEREAS** plaintiff's counsel wrote to the Court on July 28, 2025, ECF No. 66, requesting a thirty-day extension of the time for substitute counsel to appear on behalf of DRE Health Corp.; and

    **WHEREAS** the Court denied plaintiff's request for a thirty-day extension, ECF No. 68, and instead granted defendant's proposal, which gave DRE Health Corp. a fourteen-day extension for new counsel to file a notice of appearance and stated that the failure to do so

would result in a dismissal of the claims asserted by DRE Health Corp. in its Amended Complaint, ECF No. 69; and

**WHEREAS** more than fourteen days has elapsed since the Court's Order of July 29, 2025; and

**WHEREAS** no new counsel has appeared for DRE Health Corp.; it is hereby

**ORDERED** that DRE Health Corp's Amended Complaint is dismissed with prejudice.

Dated:   New York, New York
         August 14, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE